IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>HURRICANE SANDY WYO<br>CARRIER FLOOD LITIGATION | **Master Docket**<br><br>1:15-mc-800 (JBS)<br><br>**ORDER FOR DISMISSAL** |

The cases listed in Table A, attached hereto, [Docket Entry 15-1, pp. 1-7], have been reported to the Court as tentatively settled, as of June 5, 2015. Accordingly, for good cause shown pursuant to L. Civ. R. 41.1(b),

IT IS, this ___9th___ day of **June, 2015**, hereby

ORDERED that the Clerk of Court shall terminate each of the cases listed in the attached Table A without prejudice to any party's right to reopen* the case within sixty (60) days of entry of this order; and

IT IS FURTHER ORDERED that the Court will retain jurisdiction over the settlement agreement if further proceedings are necessary.

/s/ Jerome B. Simandle<br>
JEROME B. SIMANDLE<br>
Chief U.S. District Judge

---

* Any such application to reopen a case or to enforce settlement shall be made to the Judge to whom the case has been assigned.

| | Case No. | Case Name |
|---|---|---|
| | **Table A: Sandy Flood Insurance Litigation: Tentatively Settled WYO Cases** | |
| 1 | 3:14-cv-00240 | Schaffer v. Hartford* |
| 2 | 3:14-cv-02066 | Aboody v. Hartford Fire* |
| 3 | 3:14-cv-00663 | Clancy v. Allstate* |
| 4 | 3:14-cv-02301 | Barber v. Fidelity National Indemnity Insurance Company* |
| 5 | 1:14-cv-06486 | Campbell v. New Jersey Re-Insurance Company* |
| 6 | 3:14-cv-01689 | Dandrea, Raymond v. ABIC * |
| 7 | 3:14-cv-00935 | DeBeauvernet v. Selective * |
| 8 | 3:14-cv-02294 | Derdzikowski v. Wright* |
| 9 | 3:14-cv-01301 | DiMichele & Bell v. Selective * |
| 10 | 1:14-cv-01438 | Feldman v. Fidelity* |
| 11 | 1:14-cv-03619 | Feniello v. Selective * |
| 12 | 3:13-cv-07872 | Fillucco v. Hartford Fire* |
| 13 | 2:14-cv-02497 | Frazier v. Selective * |
| 14 | 3:13-cv-07329 | Germinaro v. Wright* |
| 15 | 3:14-cv-00597 | Harrington  v. Wright* |
| 16 | 3:14-CV-02726 | Kabnick v. Allstate* |
| 17 | 1:14-cv-00245 | Kruger v. Selective* |
| 18 | 3:13-cv-07397 | Smiley v. Hartford Fire* |
| 19 | 1:14-cv-02730 | Vinsko v. Selective * |
| 20 | 1:14-cv-02732 | Wray v. Selective * |
| 21 | 3:14-cv-01855 | Arlotta v. Selective* |
| 22 | 3:14-cv-00527 | Berardi v. Allstate* |
| 23 | 3:14-cv-01854 | Bernoski v. Selective* |
| 24 | 1:14-cv-03069 | Beyel v. Harleysville * |
| 25 | 3:13-cv-07764 | Bondi v. Selective * |
| 26 | 3:14-cv-00050 | Carey v. Liberty Mutual Fire Insurance Co.* |
| 27 | 3:13-cv-06524 | Carney v. Selective * |
| 28 | 1:14-cv-02599 | Chrinick v. Selective * |
| 29 | 3:14-cv-01364 | Daura v. ABIC * |
| 30 | 3:14-cv-01436 | Davey v. Wright* |
| 31 | 3:13-cv-00048 | Fachet v. Wright* |
| 32 | 1:13-cv-07309 | Fazio v. Harleysville * |
| 33 | 3:13-cv-06450 | Halecky v. Hartford Fire* |
| 34 | 3:14-cv-00496 | Hansell v. Selective * |
| 35 | 1:15-cv-00392 | Harris v. Selective* |
| 36 | 3:14-cv-00818 | Held v. Selective * |
| 37 | 2:14-cv-02309 | Hubbard v. ABIC * |
| 38 | 2:14-cv-02535 | Kot  v. New Jersey Re-Insurance Company* |

| | | |
|---|---|---|
| 39 | 3:14-cv-01574 | Kouvel v ABIC * |
| 40 | 3:14-cv-01035 | Lepore v. Selective * |
| 41 | 3:14-cv-00051 | Luckie, Michael and Donna v. ABIC * |
| 42 | 3:14-cv-01491 | Matthews v. New Jersey Re-Insurance Company* |
| 43 | 1:14-cv-02608 | Pavloski v. Selective * |
| 44 | 3:13-cv-07395 | Rude v. Wright* |
| 45 | 3:14-cv-00605 | Schulstad v. Selective * |
| 46 | 3:13-cv-07762 | Zwier v. Selective * |
| 47 | 3:13-cv-07852 | Armstrong v. New Jersey Re-Insurance Company* |
| 48 | 3:14-cv-00820 | Cvik v. Allstate* |
| 49 | 3:14-cv-00052 | Donohue v. The Standard Fire Ins. Co.* |
| 50 | 3:14-cv-01937 | Dreger v. Wright* |
| 51 | 3:14-cv-02010 | Flannery v. Selective* |
| 52 | 3:14-cv-02606 | Frazee & Myers v. Wright* |
| 53 | 2:14-cv-02031 | O'Brien v. Selective* |
| 54 | 3:14-cv-00696 | Pascarella v. Selective* |
| 55 | 3:13-cv-06463 | Samayoa v. Stillwater* |
| 56 | 2:14-cv-05360 | Sanders v. Selective* |
| 57 | 3:14-cv-00176 | Sauta v. Selective* |
| 58 | 3:14-cv-01300 | Sevastakis v. Harleysville* |
| 59 | 3:14-cv-01027 | Stokes v. High Point Preferred Ins. Co.* |
| 60 | 3:14-cv-01718 | Underhill v. New Jersey Re-Insurance Company* |
| 61 | 2:14-cv-04573 | Views @ Beach v. Selective* |
| 62 | 3:14-cv-01566 | Becker v. Wright* |
| 63 | 3:13-CV-07746 | Blake v. Allstate* |
| 64 | 3:14-cv-00788 | Chappell v. Hartford Fire* |
| 65 | 3:14-cv-02033 | Cherry vs. Fidelity* |
| 66 | 3:14-cv-01017 | Hackett v. Wright* |
| 67 | 3:14-cv-00049 | Harris v. Selective* |
| 68 | 2:14-cv-02626 | Hoffman v. Selective* |
| 69 | 3:13-cv-07391 | Houseworth v. Selective* |
| 70 | 2:14-cv-02727 | Kalmus v. Selective* |
| 71 | 3:13-cv-07392 | Keenan v. Harleysville* |
| 72 | 3:14-cv-00604 | Marotta v. Selective* |
| 73 | 3:14-cv-01363 | Mongello v. Selective* |
| 74 | 3:14-cv-00759 | Sass v. Selective* |
| 75 | 1:14-cv-02215 | Small v. Selective* |
| 76 | 1:14-cv-02615 | Snell v. Selective* |
| 77 | 3:14-cv-02011 | Valle v. Selective* |
| 78 | 2:14-cv-06611 | Agresti v. The Standard Fire Ins. Co.* |
| 79 | 3:14-cv-00448 | Allen v. Allstate* |

| | | |
|---|---|---|
| 80 | 3:14-cv-00735 | Bockhorn v. Harleysville* |
| 81 | 1:14-cv-02296 | Bye v. Hartford Fire* |
| 82 | 2:14-cv-02295 | Bye v. Hartford Fire* |
| 83 | 3:14-cv-01306 | Capizzi v. Wright* |
| 84 | 3:14-cv-00050 | Carey v. Liberty Mutual Fire Insurance Co.* |
| 85 | 3:14-cv-01275 | Dickinson v. ABIC* |
| 86 | 3:13-cv-07308 | Dorsey v. ABIC* |
| 87 | 3:14-cv-00525 | Fanzini v. Harleysville* |
| 88 | 3:14-cv-01745 | Fitzgerald v. Hight Point Preferred Ins. Co.* |
| 89 | 2:14-cv-03588 | Freeman v. Selective* |
| 90 | 2:14-cv-03589 | Freeman v. Selective* |
| 91 | 3:14-cv-01747 | Giglio v. Harleysville Worcester Ins. Co.* |
| 92 | 2:14-cv-02348 | Hildebrandt v. Selective* |
| 93 | 2:14-cv-02216 | Inacio v. Selective* |
| 94 | 2:14-cv-03979 | Lodge v. Selective* |
| 95 | 3:14-cv-00173 | Noonan v. Pilgrim Insurance Company* |
| 96 | 3:14-cv-00526 | Rice v. Wright* |
| 97 | 3:14-cv-02611 | Shustak v. Wright Flood Ins. Company* |
| 98 | 3:14-cv-02366 | Toole v. Allstate* |
| 99 | 3:14-cv-02597 | Beier v. Allstate* |
| 100 | 1:14-cv-02441 | Castelbuono v. Fidelity* |
| 101 | 1:14-cv-04027 | Dicino v. Fidelity * |
| 102 | 1:14-cv-02464 | Doolittle v. Wright* |
| 103 | 3:14-cv-01604 | Giordano, Gary & Laura v. Allstate* |
| 104 | 3:14-cv-01082 | Glenn v. Harleysville* |
| 105 | 3:14-cv-00875 | Guarino v. Standard Fire Ins. Co.* |
| 106 | 3:14-cv-00783 | Halecky v. Hartford Fire* |
| 107 | 3:14-cv-00876 | Marra v. Wright* |
| 108 | 3:14-cv-03497 | Marvel v. Standard Fire Ins. Co.* |
| 109 | 3:14-cv-00464 | Mazzocchi v. Selective* |
| 110 | 3:14-cv-00528 | McDonald v. Wright* |
| 111 | 3:14-cv-01962 | Miller v. Selective* |
| 112 | 3:14-cv-00546 | Monte v. Selective* |
| 113 | 1:14-cv-05543 | Paley v. High Point Preferred Ins. Co.* |
| 114 | 3:14-cv-01132 | Senatore v. Wright* |
| 115 | 3:13-cv-07396 | Taormina v. ABIC* |
| 116 | 2:14-cv-03835 | Turnquist v. Selective* |
| 117 | 2:14-cv-02616 | Valentin & Clappi v. ABIC* |
| 118 | 3:14-cv-01962 | Jodee Holdings, LLC v. American Bankers Ins. Co. of Florida* |
| 119 | 2:14-cv-02729 | Moser v. Harleysville* |
| 120 | 2:14-cv-02362 | Nitti v. Selective* |

| | | |
|---|---|---|
| 121 | 3:13-cv-07848 | Seward v. Harleysville* |
| 122 | 1:13-cv-07440 | Sypherd v. Harleysville* |
| 123 | 14-cv-6908 | Berry v. Fidelity* |
| 124 | 14-cv-2096 | Callender v. Selective* |
| 125 | 14-cv-0467 | Carver v. American Bankers* |
| 126 | 14-cv-0799 | Castoro v. Selective* |
| 127 | 14-cv-2273 | Childers v. Fidelity* |
| 128 | 14-cv-2625 | Day v. American Bankers* |
| 129 | 14-cv-2087 | Dullard v. High Point* |
| 130 | 14-cv-4298 | Gallo v. Selective* |
| 131 | 13-cv-7567 | Hall v. Selective* |
| 132 | 14-cv-5968 | Leonard v. Allstate* |
| 133 | 14-cv-3232 | Morrice v. American Bankers* |
| 134 | 14-cv-0603 | Nappo v. Selective* |
| 135 | 13-cv-7394 | Pecchio v. Hartford* |
| 136 | 14-cv-3791 | Prestigiacomo v. Harleysville* |
| 137 | 14-cv-0030 | Ruocco v. Standard Fire* |
| 138 | 14-cv-0877 | Scaturo v. Philadelphia Contributorship* |
| 139 | 2:13-cv-06490 | Textol Systems, Inc. v. Harleysville* |
| 140 | 3:14-cv-00817 | Venedam v. Selective* |
| 141 | 3:14-cv-00599 | Wiererlight v. Hartford* |
| 142 | 14-cv-03896 | Allen v. New Jersey Re-Insurance* |
| 143 | 14-cv-2363 | Barrett v. American Bankers* |
| 144 | 13-cv-7390 | Barrett v. Harleysville* |
| 145 | 14-cv-02173 | Breen v. High Point* |
| 146 | 14-cv-2585 | Collani v. Selective* |
| 147 | 15-cv-00561 | Donohue v. Allstate* |
| 148 | 14-cv-0789 | Fronijan v. Wright Flood* |
| 149 | 14-cv-0401 | Giannotti v. Selective* |
| 150 | 14-cv-0530 | Houser v. Hartford* |
| 151 | 14-cv-5992 | Kapitan v. Liberty Mutual* |
| 152 | 14-cv-0821 | Laudise v. Selective* |
| 153 | 14-cv-6491 | Leighton v. Selective* |
| 154 | 14-cv-6522 | Mirenda v. Standard Fire* |
| 155 | 14-cv-0934 | Moro v. Harleysville* |
| 156 | 14-cv-02336 | Munoz v. Allstate* |
| 157 | 14-cv-1622 | Normyle v. Selective* |
| 158 | 14-cv-05251 | Ocean Gables Condo Ass'n v. Selective* |
| 159 | 13-cv-07623 | Paternoster v. American Bankers* |
| 160 | 14-cv-1943 | Berger v. Selective* |
| 161 | 14-cv-2598 | Brennan v. Allstate* |

| | | |
|---|---|---|
| 162 | 14-cv-2012 | Casey v. Selective* |
| 163 | 13-cv-7757 | D'Alesandro v. Selective* |
| 164 | 14-cv-1307 | Fitzpatrick v. Wright Flood* |
| 165 | 14-cv-2607 | Glibsey v. Hartford* |
| 166 | 14-cv-1744 | Golle-Corridan v. High Point* |
| 167 | 14-cv-7425 | Hoey v. American Bankers* |
| 168 | 14-cv-6490 | Leighton v. Selective* |
| 169 | 14-cv-6492 | Olston v. Fidelity* |
| 170 | 14-cv-2364 | Petrosino v. Selective* |
| 171 | 14-cv-2453 | Polnerow v. Wright Flood* |
| 172 | 13-cv-07330 | PADALINO, MARY JEAN vs. SELECTIVE INS. CO. OF AMERICA* |
| 173 | 13-cv-07745 | MORGANTE, ANN vs. ALLSTATE INSURANCE COMPANY* |
| 174 | 13-cv-07834 | NORTHERN EAGLE BEVERAGE CO. vs. SELECTIVE INS. CO. OF AMERICA* |
| 175 | 14-cv-00047 | BOTTALIC, MICHAEL & MICHELLE vs. ALLSTATE INSURANCE COMPANY* |
| 176 | 14-cv-00076 | SMIALOWITZ vs. NEW JERSEY REINSURANCE CO.* |
| 177 | 14-cv-00598 | KYUREGHYAN, ANDRANIK vs. STANDARD FIRE INSURANCE* |
| 178 | 14-cv-00819 | GUAGENTI, RUSSELL (VINGENZA) vs. HARTFORD FIRE INSURANCE CO.* |
| 179 | 14-cv-01028 | LEWIS, ROLAND & DOROTHY vs. SELECTIVE INS. CO. OF AMERICA* |
| 180 | 14-cv-01081 | DADDONA, CHARLES & DOROTHY vs. NEW JERSEY REINSURANCE CO.* |
| 181 | 14-cv-01134 | CALVE, RICK & BETH vs. SELECTIVE INS. CO. OF AMERICA* |
| 182 | 14-cv-01435 | ROSENTHAL, JAY vs. AMERICAN BANKERS INS. CO. FL.* |
| 183 | 14-cv-01520 | TUNBRIDGE, JOAN vs. NEW JERSEY REINSURANCE CO.* |
| 184 | 14-cv-01856 | SHUMSKY, MICHAEL & PATRICIA vs. AMERICAN BANKERS INS. CO. FL.* |
| 185 | 14-cv-02355 | GOOD, SCOTT vs. HARTFORD FIRE INSURANCE CO.* |
| 186 | 14-cv-02356 | ULLAH, ZAIR vs. ALLSTATE INSURANCE COMPANY* |
| 187 | 14-cv-02361 | WHITE, WILLIAM & DIANA vs. AMERICAN BANKERS INS. CO. FL.* |
| 188 | 14-cv-02466 | MCDONALD, MARY vs. SELECTIVE INS. CO. OF AMERICA* |
| 189 | 14-cv-02526 | REHKALT, STELLA vs. NEW JERSEY REINSURANCE CO.* |
| 190 | 14-cv-02623 | PANARELLO, RALPH vs. NEW JERSEY REINSURANCE CO.* |
| 191 | 14-cv-02627 | STREEPER, RONALD vs. ALLSTATE INSURANCE COMPANY* |
| 192 | 14-cv-02722 | LOMBARDI, JOSEPH vs. AMERICAN STRATEGIC INS. CORP.* |
| 193 | 14-cv-02728 | MATA, SALLY ANN vs. NEW JERSEY REINSURANCE CO.* |
| 194 | 14-cv-02895 | BENCH, TOM vs. SELECTIVE INS. CO. OF AMERICA* |
| 195 | 14-cv-03262 | STEHLGENS, ROBERT & CAROL vs. ALLSTATE INSURANCE COMPANY* |
| 196 | 14-cv-03506 | VESUZIO II INC. vs. SELECTIVE INS. CO. OF AMERICA* |
| 197 | 14-cv-04091 | JENKINS, BERNARD vs. SELECTIVE INS. CO. OF AMERICA* |
| 198 | 14-cv-04093 | DASILVA, JOAQUIM vs. NATIONWIDE MUTUAL FIRE INS. CO* |
| 199 | 14-cv-04097 | CAROZZA, ANTHONY vs. SELECTIVE INS. CO. OF AMERICA* |
| 200 | 14-cv-04178 | ALIA, SCOTT AND BAMBI vs. PILGRIM INSURANCE COMPANY* |
| 201 | 14-cv-04180 | VITOLLO, JOHN vs. AMERICAN BANKERS INS. CO. FL.* |
| 202 | 14-cv-06350 | MANKS, MICHAEL & SUSAN vs. SELECTIVE INS. CO. OF AMERICA* |
| 203 | 14-cv-06756 | MCALINDIN, BRIAN vs. HARTFORD FIRE INSURANCE CO.* |
| 204 | 14-cv-1520 | DWYER, HELEN M vs. NEW JERSEY REINSURANCE CO.* |
| 205 | 14-cv-6543 | PEELER, JEFFREY & MANDY vs. SELECTIVE INS. CO. OF AMERICA* |
| 206 | 14-cv-7424 | FLANNERY, NEIL vs. HARTFORD FIRE INSURANCE CO.* |
| 207 | 15-cv-00874 | BAIK, DONNA & SEOUNG vs. SELECTIVE INS. CO. OF AMERICA* |
| 208 | 15-cv-01651 | STEVENS, DEBORAH vs. NEW JERSEY REINSURANCE CO.* |
| 209 | 15-cv-0230 | LIGUORI, LIANNE & ANITA vs. ALLSTATE INSURANCE COMPANY* |

| | | |
|---|---|---|
| 210 | 14-cv-00601 | CUNNINGHAM, DENNIS P. AND DENISE A. vs. AMERICAN BANKERS INS. CO. FL.* |
| 211 | 14-cv-00606 | DACHOWSKI, MICHAEL vs. HARLEYSVILLE MUTUAL INS. CO.* |
| 212 | 14-cv-01276 | EARLES, STEVE vs. ALLSTATE INSURANCE COMPANY* |
| 213 | 14-cv-02378 | CERVINO, MICHEAL AND ANTHONY vs. WRIGHT NATIONAL FLOOD INS. CO.* |
| 214 | 14-cv-02951 | HYLAND DESIGN GROUP INC vs. HARTFORD FIRE INSURANCE CO.* |
| 215 | 14-cv-03208 | COSTELLO, JOHN V. AND PAULINE W. vs. LIBERTY MUTUAL FIRE INS. CO.* |
| 216 | 14-cv-05409 | HOFFMAN, THOMAS AND MARY vs. SELECTIVE INS. CO. OF AMERICA* |
| 217 | 15-cv-01959 | LACY, CLIFTON & ELLEN v. ALLSTATE INS. CO.* |
| 218 | 14-cv-05546 | MAMAKOS, THOMAS vs. SELECTIVE INS. CO. OF AMERICA* |
| 219 | 14-cv-06507 | BRICE, COLEMAN vs. WRIGHT NATIONAL FLOOD INS. CO.* |
| 220 | 14-cv-06509 | LAMBERTI, PATRICIA vs. SELECTIVE INS. CO. OF AMERICA* |
| 221 | 14-cv-06510 | DELLISANTI, FRANCINE vs. HARTFORD FIRE INSURANCE CO.* |
| 222 | 14-cv-06588 | CROSS, FRANCIS AND ROSANNA vs. WRIGHT NATIONAL FLOOD INS. CO.* |
| 223 | 14-cv-06619 | 157 BEACHFRONT LLC vs. SELECTIVE INS. CO. OF AMERICA* |
| 224 | 14-cv-07414 | HOROWITZ, NATHAN/CAROL vs. LIBERTY MUTUAL FIRE INS. CO.* |
| 225 | 14-cv-07492 | BELON-BANKS, PATRICIA vs. STANDARD FIRE INSURANCE* |
| 226 | 15-cv-00728 | 13 RIVER STREET, LLC vs. HARTFORD FIRE INSURANCE CO.* |
| 227 | 15-cv-00729 | 18 BEACH ST. LLC vs. HARTFORD FIRE INSURANCE CO.* |
| 228 | 15-cv-00730 | 19 BEACH ST. LLC vs. HARTFORD FIRE INSURANCE CO.* |
| 229 | 15-cv-00731 | 21 BEACH ST. LLC vs. HARTFORD FIRE INSURANCE CO.* |
| 230 | 15-cv-01645 | CODDINGTON, RUSSELL AND VIVIAN vs. SELECTIVE INS. CO. OF AMERICA* |
| 231 | 15-cv-02116 | KORTE, JEAN vs. AMERICAN BANKERS INS. CO. FL.* |
| 232 | 15-cv-02214 | PETROZZINI, J. DOUGLAS/MARY D. vs. WRIGHT NATIONAL FLOOD INS. CO.* |
| 233 | 15-cv-02233 | ALONSO, ERMERIO vs. RURAL COMMUNITY INSURANCE CO.* |
| 234 | 15-cv-02711 | DONATO, MICHELE vs. SELECTIVE INS. CO. OF AMERICA* |
| 235 | 13-cv-04822 | BAUSO, DONNA v. AMERICAN BANKERS* |
| 236 | 14-cv-06163 | CHAPMAN, DANIEL & PAULA v. AMERICAN BANKERS* |
| 237 | 13-cv-06987 | LARKIN, HARRY & JENNIFER v. AMERICAN BANKERS* |
| 238 | 14-cv-08810 | WITTER, CHRIS v. AMERICAN BANKERS* |
| 239 | 13-cv-04662 | MALONE, JENNIFER v. ALLSTATE* |
| 240 | 13-cv-04889 | GELLER, DAVID & ANNE v. HARLEYSVILLE INS CO.* |
| 241 | 13-cv-06713 | DEMAYO, MICHAEL & DANIELLE v. HARLEYSVILLE INS. CO.* |
| 242 | 13-cv-05867 | CAPE MAY PROPERTIES C/O JOHN FILLMORE v. HARLEYSVILLE INS. CO.* |
| 243 | 14-cv-04591 | MOSCATELLO, GIBERT v. FIDELITY NATIONAL INDEMNITY INS. CO.* |
| 244 | 13-cv-06357 | TOOLE, LAURENCE & MARTIN v. FIDELITY NATIONAL INDEMNITY INS. CO.* |
| 245 | 14-cv-04736 | WEISS, RENEE & STUART v. SELECTIVE INS. CO.* |
| 246 | 13-CV-07905 | WATSULA, ALBERT v. SELECTIVE INS. CO.* |
| 247 | 13-cv-06709 | PRUTZMAN, BARABARA & WILLIAM v. SELECTIVE INS. CO.* |
| 248 | 13-cv-05479 | HIRST, ROBERT & LINDA v. SELECTIVE INS. CO.* |
| 249 | 13-cv-05858 | CHASMAR, JOAN v. SELECTIVE INS. CO.* |
| 250 | 13-cv-04656 | CHUCK, PATRICIA & ANTHONY v. NEW JERSEY RE-INSURANCE CO.* |
| 251 | 13-cv-06988 | MILLER, WAYNE v. NEW JERSEY RE-INSURANCE* |
| 252 | 13-cv-07304 | DIRADO, FAUSTO & DEBRA v. STANDARD FIRE INS. CO.* |
| 253 | **14-cv-04069** | **BENNETT, GILBERT V. SELECTIVE*** |
| 254 | **13-cv-06706** | **CLARK, BRUCE & BARBARA v. FIDELITY*** |
| 255 | **13-cv-07716** | **DEACON, CHARLES v. AMERICAN BANKERS*** |
| 256 | **13-cv-06742** | **DRUCKER, KAREN v. SELECTIVE*** |
| 257 | **13-cv-06562** | **EVANS, KEITH & SALLY v. FIDELITY NATIONAL*** |
| 258 | **13-cv-06766** | **ELIZABETH T. FRANK TRUST v. AMERICAN BANKER*** |
| 259 | **13-cv-06294** | **GRAY, GERALD v. HARTFORD*** |

| | | |
|---|---|---|
| 260 | 14-cv-00133 | HUMBLIAS, CHARLES & OLGA v. HARTFORD* |
| 261 | 13-cv-06459 | KEARNEY, KATHLEEN v. FIDELITY NATIONAL* |
| 262 | 13-cv-06425 | LEARY, RICHARD v. NATIONAL INDEMNITY* |
| 263 | 14-cv-07439 | HANANIA, ELIZABETH & EUGENE v. SELECTIVE* |
| 264 | 13-cv-07413 | LONSDALE, SHARON RAY v. FIDELITY* |
| 265 | 14-cv-06389 | MAKOS, FRANCIS & MARGIE v. FIDELITY* |
| 266 | 14-cv-00110 | MARSELLE DANIEL & CRISTINA v. HARLEYSVILLE* |
| 267 | 14-cv-04709 | MOORE, ERIC & LORRAINE v. HARTFORD* |
| 268 | 13-cv-06632 | MOSER, PATRICIA v. FIDELITY* |
| 269 | 13-cv-04858 | ROSTOCK, ANTHONY & LYNNE v. SELECTIVE* |
| 270 | 13-cv-04640 | SIMPSON, ANDY v. HARLEYSVILLE* |
| 271 | 14-cv-06057 | STEVENS, RICHARD v. SELECTIVE* |
| 272 | 13-cv-05528 | ZENGEWALD, BRIAN v. LIBERTY* |
| 273 | 14-cv-05066 | ALINO, CHRISTOPHER v. FIDELITY* |
| 274 | 14-cv-02270 | ANDRIANI, RUDY & PENNY v. FIDELITY* |
| 275 | 14-cv-01887 | BARKASZI v. FIDELITY* |
| 276 | 14-cv-00850 | BOYCE, DAVID v. FIDELITY NATIONAL* |
| 277 | 14-cv-03522 | CANTAGALLO, GARY v. FIDELITY* |
| 278 | 14-cv-01360 | DIPASQUALE, PAUL & LAURA v. HARTFORD* |
| 279 | 15-cv-02649 | GREENE, RICHARD v. NEW JERSEY MANUFACTURERS* |
| 280 | 15-cv-01774 | HARTLEY, THOMAS & VIRGINIA v. SELECTIVE* |
| 281 | 14-cv-01358 | RABINOWITZ, KORY v. ALLSTATE* |
| 282 | 13-cv-07246 | SADUSKY, DAVID v. SELECTIVE* |
| 283 | 15-cv-02369 | TERRA, STEVEN & SUSAN v. SELECTIVE* |
| 284 | 14-cv-06920 | THROPP, PETER & PATRICIA v. SELECTIVE* |
| 285 | 14-cv-00654 | TROVATO, JOSEPH v. HARTFORD* |
| *Provisionally settled, pending final approval of all necessary parties. | | |